In The United States District Court For Maryland

Malik Thompson      civil action number:
Petitioner
v.

Maryland Dept. of Corr: MRDCC
Warden's name: Matte

1983 Civil Action

Comes Malik Thompson the petitioner, is incarcerated at J.C.I. P.O. Box 534, Jessup MD 20794, who in this class action lawsuit request this honorable to file and process this petition. Mike Manning #4139677, Timothy Horsey #2361695, James Best #3800102, and Curtis Austin #3742316 are also victims in this case. Petitioners seek relief codified in the 1983 Civil Action Federal Rules.

## Statement of Facts

On January 2nd 2022 the housing area where I was housed had a fire. Inmates and I yelled, kicked doors; the fire alarm went off, water sprinklers activated, but no officers ever came to help. I suffered smoke ventalation 30 minutes. I had a seizure

1 of 2

when I was taken to medical; then I went to the hospital.

Thereafter, I suffered PTSD everytime I heard BCFD truck alarms. I currently have throat soreness and have chest pains.

## Relief Sought

Petitioner request an X-Ray for smoke exsposure, an investigation by federal agency and that those responsible be forced to resign; and a class action settlement for five to twenty million dollars; or to negoiate a modification reduction of my sentence.

Respectfully Submitted
Malik Thompson
Petitioner

## Certificate of Service

I hereby certify that on this 24 day of January 2022 a copy of petitioner's lawsuit was mailed postage prepared, to the Secretary of the Department of Corrections Public Safety and Correctional Services at: 6776 Reisterstown Road, Suite 200, Baltimore MD 21215.

Malik Thompson

2 of 2